627 A.2d 155

IN THE MATTER OF GARY M. KAMINSKY, AN ATTORNEY AT LAW.

July 22, 1993.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that GARY M. KAMINSKY of MARLBORO, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that GARY M. KAMINSKY is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that the Office of Attorney Ethics take such protective action, pursuant to *Rule* 1:20–11(c), as may be appropriate to gain possession and control of the legal files, records, practice and trust assets of GARY M. KAMINSKY, wherever situate, pending further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by GARY M. KAMINSKY, pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that GARY M. KAMINSKY show cause before this Court on September 14, 1993, at 2:00 p.m., Supreme Court Court-

room, Hughes Justice Complex, Trenton, New Jersey, why his temporary suspension and the restraints herein should not continue pending final disposition of any ethics proceedings pending against him and further why the funds restrained from disbursement should not be transmitted by the financial institutions who are the present custodians to the Clerk of the Superior Court for deposit in the Superior Court Trust Fund, pending the further Order of this Court; and it is further

ORDERED that David E. Johnson, Jr., Esquire, or his designee, present this matter to the Court; and it is further

ORDERED that GARY M. KAMINSKY be restrained and enjoined from practicing law during the period of his suspension and that he comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.